IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

| | | |
|---|---|---|
| CHRISTOPHER T. HAYS, JR, | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 160337N |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF REVENUE, | ) | |
| State of Oregon, | ) | |
| | ) | |
| Defendant. | ) | **FINAL DECISION**[1] |

This matter is before the court on Defendant's Answer filed November 1, 2016. Plaintiff

filed his Complaint on October 19, 2016, requesting a "[r]efund of $1300 for tax credit for

purchase of ductless heating unit." In its Answer, Defendant agreed that Plaintiff should be

allowed a residential energy credit of $1,300 on his 2015 Oregon income tax return. Because the

parties are in agreement, the case is ready for decision. Now, therefore,

IT IS THE DECISION OF THIS COURT that Plaintiff is allowed a residential energy

credit on his 2015 Oregon income tax return of $1,300. Defendant shall issue or otherwise credit

to Plaintiff any applicable refund, plus statutory interest.

Dated this ____ day of November 2016.

_____
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Final Decision, file a complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR. Your complaint must be submitted within <u>60</u> days after the date of the Final Decision or this Final Decision cannot be changed. TCR-MD 19 B.*

*This document was filed and entered on November 29, 2016.*

---

[1] This Final Decision incorporates without change the court's Decision, entered November 9, 2016. The court did not receive a statement of costs and disbursements within 14 days after its Decision was entered. *See* Tax Court Rule–Magistrate Division (TCR–MD) 16 C(1).